**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| CESAR ALFARO,  :  | |
| : | |
| Plaintiff,  : | |
| : | |
| v.  : | C.A. No. 1:15-cv-599-GBL-JFA |
| : | |
| LEXISNEXIS RISK ANALYTICS  : | |
| SOLUTIONS, INC., <u>et</u> <u>al</u>.  : | |
| : | |
| Defendants.  : | |

**CONSENT MOTION TO ENTER STIPULATED PROTECTIVE ORDER AND**
**<u>APPROVED CONFIDENTIALITY AGREEMENT</u>**

The parties Cesar Alfaro ("Plaintiff") and Defendant LexisNexis Risk Data Retrieval

Services LLC ("LNRDRS") (collectively "Parties") through their respective attorneys of record,

jointly submit this Consent Motion to Enter Stipulated Protective Order and Approved

Confidentiality Agreement.

WHEREFORE, the parties ask that the Court grant this Motion.  A proposed Stipulated

Protective Order and Approved Confidentiality Agreement is attached.

Dated:  August 27, 2015                              Respectfully submitted,

                                                      __/s/_____
                                                      Bernard J. DiMuro, Esq.
                                                      VSB # 18784
                                                      *Counsel for Defendant, LexisNexis Risk*
                                                      *Data Retrieval Services LLC*
                                                      DIMUROGINSBERG, P.C.
                                                      1101 King St., Suite 610
                                                      Alexandria, VA 22314-2956
                                                      Ph. (703) 684-4433
                                                      Fax (703) 548-3181
                                                      bdimuro@dimuro.com

Ronald I. Raether, Jr. (*pro hac vice*)
Martin A. Foos (*pro hac vice*)
FARUKI IRELAND & COX. P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Ph.:  (937) 227-3700
Fax:  (937) 227-3717
rraether@ficlaw.com
mfoos@ficlaw.com

***Counsel for Defendant, LEXISNEXIS
RISK DATA RETRIEVAL SERVICES
LLC***

and

_____/s/_____

Kristi Cahoon Kelly (VSB # 72791)
Andrew J. Guzzo (VSB # 82170)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Ph.:  (703) 424-7572
Fax:  (703) 591-0167
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com
***Counsel for Plaintiff, CESAR ALFARO***

## CERTIFICATE OF SERVICE

I certify that on this 27th day of August, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

_____/s/_____

Bernard J. DiMuro, Esquire
VSB # 18784
***Counsel for Defendant LEXISNEXIS
RISK DATA RETRIEVAL SERVICES
LLC***
DIMUROGINSBERG, P.C.
1101 King Street, Suite 610
Alexandria, Virginia  22314-2956
Ph. (703) 684-4333
Fax (703) 548-3181
bdimuro@dimuro.com

2