IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**CESAR ALFARO,**

    **Plaintiff,**

v.   Civil Action No. 1:15cv00599-GBL-JFA

**LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC,** *et al.*,

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiff, Cesar Alfaro, by counsel, and move the Court to dismiss, with prejudice, the above captioned matter as to their claims against Defendant, LexisNexis Risk Data Retrieval Services, LLC ("LexisNexis").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Cesar Alfaro and LexisNexis, it be and hereby is

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITH PREJUDICE as to Defendant LexisNexis.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this _9th_ day of November, 2015.

                                                    /s/
                                        Gerald Bruce Lee
                                        United States District Judge

United States District Court Judge